IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:04 CV 119 - MU

| GARDEN CITY BOXING CLUB, INC. | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT BY DEFAULT PURSUANT TO** |
| | ) | **RULE 55 OF THE FEDERAL RULES OF CIVIL** |
| H2O LOUNGE INC., d/b/a H2O BAR | ) | **PROCEDURE** |
| & LOUNGE and d/b/a H2O LOUNGE & | ) | |
| BAR; MAURICE DALE CLARK | ) | |
| Defendants. | ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

     Plaintiff, having requested and obtained the entry of default against Defendants H20 Lounge, Inc., d/b/a H20 Bar & Lounge and d/b/a H20 Lounge & Bar and Maurice Dale Clark individually, pursuant to Rule 55(a), Fed. R. Civ. P.; and Plaintiff having moved for the entry of judgment by default;

     IT IS HEREBY ORDERED: That judgment be and the same is hereby rendered in favor of Plaintiff Garden City Boxing Club, Inc. against Defendants H20 Lounge, Inc., d/b/a H20 Bar & Lounge and d/b/a H20 Lounge & Bar and Maurice Dale Clark individually in the amount of $20,000 as statutory damages, and additional damages in the amount of $10,000.00 pursuant to §605(e)(3)(c)(ii) and $10,000.00 pursuant to §553(3)(B) based on the Defendants' conduct, for total damages in the amount of $40,000.00, plus attorneys' fees in the amount of $4,285.20, and costs in the amount of $261.72.

     Signed: June 7, 2006

Graham C. Mullen
United States District Judge